CHARLES MEDBURY vs. THE BUTTERNUTS AND SHERBOURNE TURNPIKE COMPANY.

Costs of witnesses' fees attending the circuit in good faith, will be taxed and allowed notwithstanding the objection that they are interested as parties to the suit.

Where a party moving for retaxation of costs, asks costs in his notice, he must pay costs for that reason.

*Motion by plaintiff for retaxation of defendants' costs.*—This was a motion made in March last for a retaxation of defendants' bill of costs, and was referred back to the taxing officer to retax it as to witnesses' fees, and to report to the next special term. The objections were, that the persons charged as witnesses, were interested in the suit, being stockholders of the Turnpike Company.

It was answered that the witnesses were material and necessary, and attended the circuit in good faith, and would have been released on the trial if objection had been made to them on the ground of interest.

The affidavit of their attendance in good faith was produced to the taxing officer, who allowed the fees of all except one, $3·28, which was struck out for the reason that no affidavit of his travel and attendance was produced. The plaintiff in his original notice of motion asked for costs.

S. STEVENS, *Plffs Counsel.*          H. O. SOUTHWORTH, *Plffs Atty.*
N. HILL, JR., *Defts Counsel.*          H. BENNETT, *Defts Atty.*

BEARDSLEY, Justice.—Ordered that $3·28 mentioned in the report of

the taxing officer be stricken from the bill as originally taxed, and as the plaintiff in his notice of motion asked for costs, ordered that he pay seven dollars costs for opposing the motion. Rule accordingly.